**THE LAW FIRM OF PETER STROJNIK**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| DANG QUANG NGUYEN, a married man, <br><br> Plaintiff, <br><br> vs. <br><br> STATS CHIPPAC, INC., a Delaware Corporation, <br><br> Defendants. | NO. 2:09-cv-03728-PVT <br><br> **NOTICE OF APPERANCE OF COUNSEL OF RECORD FOR PLAINTIFF** |

NOTICE IS HEREBY GIVEN that Peter Kristofer Strojnik enters his appearance on behalf of Plaintiff Dang Quang Nguyen. Counsel is licensed to practice in the State of California and before this Court, and his contact information is as follows:

**Peter Kristofer Strojnik**
**THE LAW FIRM OF PETER STROJNIK**
**3030 North Central Avenue, Suite 1401**
**Phoenix, Arizona 85012**
**Telephone: 602-297-3019**
**Facsimile: 602-264-1441**
**Email: StrojnikLaw@aol.com**

-1-

1   RESPECTFULLY SUBMITTED this 18th Day of September, 2009.

THE LAW FIRM OF PETER STROJNIK



Peter Kristofer Strojnik
Attorney for Plaintiff Dang Quang Nguyen