# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| DANG QUANG NGUYEN, a married man, | NO. 2:09-cv-03728-PVT |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| STATS CHIPPAC, INC., a Delaware Corporation; STATS CHIPPAC, LTD., a Singaporean corporation, | |
| Defendants. | |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend is granted. The Clerk shall please file the lodged First Amended Complaint and issue a summons as to STATS ChipPAC, Ltd.

DATED this _____ Day of _____, 2009.

_____
Judge of the U.S. District Court