THE STROJNIK FIRM LLC
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| DANG QUANG NGUYEN, a married man, | NO. 2:09-cv-03728-PVT |
| Plaintiff, | DECLARATION OF DANG NGUYEN |
| vs. | Hearing Date: November 3, 2009<br>Hearting Time: 10:00 a.m. |
| STATS CHIPPAC, INC., a Delaware Corporation, | |
| Defendants. | |

I, Dang Nguyen, declare the following to be true:

1. My name is Dang Nguyen. I understand the below and have personal knowledge of the statements made in this document.

2. I am the Plaintiff (the person suing STATS ChipPAC) in this lawsuit. When I lived in Vietnam, I went to formal schooling. I left formal school after the eighth grade.

3. Since leaving the eighth grade, I never completed any grade after the eighth grade.

The statements in this Declaration are true to the best of my knowledge and memory.

DATED this 19th Day of October, 2009.

_____
Dang Nguyen

-2-