

March 5, 2009

Dear Mr. Nguyen,

We are in receipt of various letters from you dated February 23, 24, and March 4, 2009.
Thank you for bringing these matters to our attention. We will look into the allegations
you have raised and will handle it in accordance with our policies and internal
procedures. If we have any further questions, we will contact you directly.

Best regards,

Gail Uy

**OUR VISION**
To be the premier packaging, test and back end supply chain solutions
provider delivering best in class service in our chosen markets.

● **STATS ChipPAC, Inc.**   47400 Kato Road   Fremont, California 94538
Main: (510) 979-8000   Fax: (510) 979-8001   www.statschippac.com