To: President of STATS CHIPPAC LTD
    CEO of STATS CHIPPAC LTD
    CEO/Director of corporate Human resources
    Suj: Workplace Harassment / Job discrimination
    From: Victims of Harassment /Wrongful Termination
    Date : June-03-2009

Dear Sir,        MAILED TO SINGAPORE JUNE-04-2009

Urgent, reaction to stats Chippac to USA

My name is DANG QUANG NGUYEN . I am an Employee of STATS CHIPPAC is located at 1768 McCANDLESS DRIVE. MILPITAS, CA 95035 USA. I had joining stats Chippac since sept-29-2002 then after six months working I am accepting job Permanent offer by STATS CHIPPAC INC. Since april-23-2003 until last day of working feb-12-2009. I am the first Equipment Maintenance Technician support Production line and Customers working night twelve hours shift at that time STATS CHIPPAC more customers, more work made more profits. When STATS CHIPPAC opening new test services in location Milpitas USA. I am sending to You to express seriously matter regarding unfair Employment and Job Discrimination at STATS CHIPPAC in USA, I am DANG QUANG NGUYEN and CHARLIES HOANG the first two Technicians were joined STATSCHIPPAC and contribution first than other two technicians night shift. The Manager named LE VAN NGUYEN select only Me laid off first to reduction of work force keep three technicians stay working normal. Here are complaining about this matter . The person Named ERIC NGUYEN was an Harasser had harassed to women and Men at workplace almost fighting injury many people reported complaining to Manager LE NGUYEN and Manager ED PHILLIPS but all Mananers never take any action to against harassment and Harasser still stay at work normal Manager cover up the illegal also violated California state labor laws . I had filed a complaint to U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION I had persons witnesses and victims of workplace harassment /job discrimination to file lawsuit to sue STATS CHIPPAC hiring Harasser to Harassed Me and other co-worker this happened since 2005 to 2009 too many times here are named of technicians working at night shift call

Maintenance group.

1) Name : <u>Charlies Hoang</u> first technician joining stats Chippac at night shift still working normal now.

2) Name : <u>Dang quang Nguyen</u> first technician joining stats Chippac at night shift. Select laid off first Manager was treated unfair employment on 2-12-2009

**3) Name : Eric Nguyen is an Harasser also technician joining stats Chippac after Me. Still working normal now.**

4) Name: Ricky To is technician joining stats Chippac after Me still working normal. Why Manager select laid off Me first and keep harasser stay normal ?.

NOTE: All four Technicians are working hard support production line and customers all the same work duties. The more complaining by co-worker reported to Manager the named is Eric Nguyen was violated workplace harassment but Manager cover up keep bad conduct person stay working normal.

I am seniority than other Ricky and Eric Nguyen as Manager should select the person bad conduct,hostile,slur,harm,visual harassment to women,men, Impeding at work was Eric nguyen or Ricky to select lay off first not Me . Why only Me ?. Unfair not equal employment .
The Harasser and Manager had obstinate harassment/job discrimination at workplace. I asked director reaction this matter to Manager also full investigation the paper Performance & bonus review by Manager had fraud information without comments harassment in review for Harasser also cover up workplace harassment. I am fully support and cooperation good working and friendly with customer other friendly to co-worker . I <u>did not</u> support harassment/ job discrimination at workplace . I was a victims and co-worker victims condemn harasser / manager cover up for Harasser to hurts Me to co-workers then laid off Me to destroy harassment/job discrimination case had violated California labor law . I am feeling bad

Manager knew wrongdoing still keep wrongdoing at workplace so I have filed complaint to the court to protect Me.

Victims of workplace harassment/Job discrimination