550-2009-01333

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

1. **Personal Information**

Last Name: NGUYEN   First Name: DANG   MI: Q
Street or Mailing Address: 592 CHICKASAW COURT   Apt Or Unit #:
City: SAN JOSE   County: SANTA CLARA   State: CA   ZIP: 95123
Phone Numbers: Home: (408) 224-8567   Work: ( )
Cell: (408) 806-9288   Email Address:
Date of Birth: 07-06-1962   Sex: Male ✓   Female:   Do You Have a Disability? Yes ☐   No ☒

Please answer each of the next three questions. i. Are you Hispanic or Latino?   Yes ☐   No ☒
ii. What is your Race? Please choose all that apply.   ☐ American Indian or Alaska Native   ☒ Asian
☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White
iii. What is your National Origin? VIETNAM

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: CINDY TRAN   Relationship: WIFE
Address: 592 CHICKASAW CT   City: SAN JOSE   State: CA   Zip Code: 95123
Home Phone: (408) 224-8567   Other Phone: ( )

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer ✓   Union ___   Employment Agency ___   Other (Please Specify) Harassment, Termination

2. **Organization Contact Information**

Organization #1 Name: STATS CHIPPAC INC.
Address: 47400 KATO ROAD   County:
City: FREMONT   State: CA   Zip: 94538   Phone: (510) 979-8390
Type of Business: TEST SERVICES   Job Location if different from Org. Address:
Human Resources Director or Owner Name: GAIL LY   Phone: 510-979-8390
Number of Employees in the Organization at All Locations: Please Check (✓) One
Less Than 15 ☐   15 - 100 ☐   101 - 200 ☐   201 - 500 ☒   More 500 ☐

RECEIVED
APR 06 2009
EEOC SFDO

Organization #2 Name:
Address:   County:
City:   State:   Zip:   Phone: ( )

**Type of Business:** _____   Job Location if different from Org. Address: _____
**Human Resources Director or Owner Name:** _____   **Phone:** _____
**Number of Employees in the Organization at All Locations:** Please Check (√) One
Less Than 15 ☐    15 - 100 ☐    101 - 200 ☐    201 - 500 ☐    More 500 ☐

3. **Your Employment Data** (Complete as many items as you can)

   Date Hired: _04-23-2003_   Job Title At Hire: _MAINT. TECHNICIAN_
   Pay Rate When Hired: _$15.00_   Last or Current Pay Rate: _$20.00_
   Job Title at Time of Alleged Discrimination: _TECHNICIAN_   _AUGUST-7-2008_
   Name and Title of Immediate Supervisor: _LE NGUYEN, TEST ENGINEERING MGR._
   If Applicant, Date You Applied for Job _SEP-2002_ Job Title Applied For _TECHNICIAN_

4. **What is the reason (basis) for your claim of employment discrimination?**

   *FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (√) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (√) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (√) RETALIATION.*

   Race ☒   Sex ☐   Age ☐   Disability ☐   National Origin ☐   Color ☐   Religion ☐   Retaliation ☒   Pregnancy ☐
   Other reason (basis) for discrimination (Explain). _Cover up Harassment then Laid off_
   _keep harasser stay._

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 - Written Warning from Supervisor, Mr. John Soto)

   A) Date: _August-07-2008_ Action: _Workplace Harassment, Offensive conduct_
   _Slur, Hostile, Ridicule, Impeding_
   Name and Title of Person(s) Responsible: _Eric Nguyen_
   B) Date: _August-15-2008_ Action: _Harassment, Co-worker report_
   _to manager but no action to harasser_
   Name and Title of Person(s) Responsible: _Le Nguyen, Mark Kelley MGR._
   Describe any other actions you believe were discriminatory.

   1) THE MANAGER WAS TREATEN UNFAIR EMPLOYMENT
   A - COVER UP HARASSER AND KEEP HARASSER STAY AT WORK.
   B - WRONGFUL TERMINATION ME CAUSE BY MANAGER.
   MISLEADING TO HR COVER UP HARASSMENT.
   LAID ME OFF TO PREVENT REPORT TO
   HR. HIDE HARASSMENT CASE. DID NOT COMPLY
   POLICY.

   (Attach additional pages if needed to complete your response.)

6. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

   I am senior than other four technician no problem complaint by people at work. But select me lay off keep harassen stay at work. By Le Nguyen : Manager.

7. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed.

   | Full Name | Job Title | Description |
   |---|---|---|
   | 1. Dam Nguyen | Technician | I was treated worse. |
   | 2. Eric Nguyen | Technician | was treated better |
   | 3. This person treated better was harasser. | | |

   Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply:
   - [ ] Yes, I have an actual disability
   - [ ] I have had an actual disability in the past
   - [ ] No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.).

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    Yes [ ]   No [ ]

    Did you need this assistance or change in working condition in order to do your job?
    Yes [ ]   No [ ]

    If "YES", when? _____   To whom did you make the request? Provide full name of person _____   How did you ask (verbally or in writing)? _____

    Describe the assistance or change in working condition requested?

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary.

| NAME | JOB TITLE | ADDRESS & PHONE NUMBER |
|---|---|---|
| A. BINH DANG | OPERATOR | 408-263-8542 Home / 408-373-3830 Cell |
| B. THU LAM | OPERATOR | 408-259-0731 |
| C. CHUONG NGUYEN | production LEADER | 408-888-8577 |

12. Have you filed a charge previously in this matter with EEOC or another agency?  Yes ☐  No ☒

13. If you have filed a complaint with another agency, provide name of agency and date of filing:
    DFEH  3-23-2009,  No Help

14. Have you sought help about this situation from a union, an attorney, or any other source?
    Yes ☐  No ☒ - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so within either 180 or 300 days from the day you knew about the discrimination. The amount of time you have depends on whether the employer is located in a place where a state or local government agency has laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights. If you want to file a charge, you should check Box 1, below. If you would like more information before deciding whether to file a charge or you are worried or have concerns about EEOC's notifying the employer, union, or employment agency about your filing a charge, you may wish to check Box 2, below.**

Box 1

☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, or retaliation for opposing discrimination.

Box 2

☐ I want to talk to an EEOC employee before deciding whether to file a charge of discrimination. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

_____        04 – 02 – 2009
**Signature**                                   **Today's Date**

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.