1  AARON ROBLAN, State Bar No. 244308
   aaron.roblan@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  STATS CHIPPAC, INC.

8
   **UNITED STATES DISTRICT COURT**
9
   **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
10

11 | DANG QUANG NGUYEN,           | Case No. C09-03728-JW
12 |                Plaintiff,     | **NOTICE OF CHANGE OF COUNSEL**
13 |    v.                         | Trial Date:   None set
14 | STATS CHIPPAC, INC.,          |
15 |                Defendant.     |

1   I, Gregory C. Cheng, am counsel of record in the above-entitled cause of action for
2   defendant STATS CHIPPAC, INC. and there are attorneys from my firm who are currently counsel
3   of record in this case.

4   I request the following change be made:

5   **TO BE REMOVED FROM THE CASE:** Attorney THOMAS M. MCINERNEY, State
6   Bar No. 162055, because he is no longer counsel of record for defendant STATS CHIPPAC, INC.
7   in the above-entitled action

8   **TO BE ADDED TO THE CASE**: Attorney AARON ROBLAN, State Bar No. 244308, as
9   additional counsel of record for defendant STATS CHIPPAC, INC.

11  DATED: January 13, 2010           Respectfully submitted,

                                       OGLETREE, DEAKINS, NASH, SMOAK &
                                       STEWART, P.C.

                                                /s/ Gregory C. Cheng
                                       By: _____
                                           Gregory C. Cheng
                                           Attorneys for Defendant
                                           STATS CHIPPAC, INC.