1  AARON A. ROBLAN, State Bar No. 244308
   aaron.roblan@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendants
   STATS CHIPPAC, INC. and STATS CHIPPAC, LTD.

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

| | |
|---|---|
| 11  DANG QUANG NGUYEN, a married man, | Case No. 5:09-cv-03728-JW |
| 12          Plaintiff, | **DEFENDANT STATS CHIPPAC, INC.'S NOTICE OF MOTION TO COMPEL DEPOSITION OF PLAINTIFF DANG NGUYEN AND REQUEST FOR SANCTIONS AGAINST PLAINTIFF AND HIS ATTORNEYS** |
| 13       v. | |
| 14  STATS CHIPPAC, INC., a Delaware Corporation; STATS CHIPPAC, LTD., a Singaporean corporation, | |
| 15 | |
| 16          Defendants. | Date:   November 30, 2010<br>Time:   10:00 a.m.<br>Place:   Courtroom 5, 4th Floor |
| 17 | |
| 18 | Trial Date:   None set |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 30, 2010, at 10:00 a.m., in Courtroom 5, 4th Floor of the United States District Court for the Northern District of California, San Jose Division, 280 South First Street, San Jose, California, before the Honorable Patricia V. Trumbull, United States Magistrate Judge, Defendant STATS ChipPAC, Inc. ("Defendant"), by and through their undersigned counsel, will, and hereby does, move to for an Order compelling Plaintiff Dang Nguyen ("Plaintiff") to appear for his own deposition.

Defendant's Motion is made on the grounds that Plaintiff's testimony regarding the circumstances surrounding his allegations against Defendant is relevant to Defendant's defense against the Complaint and prosecution of its Counter-Complaint. Over the last two months, Defendant has made a good-faith attempt to meet and confer with counsel for Plaintiff on mutually acceptable dates. To date, however, counsel for Plaintiff has failed to provide his and Plaintiff's available dates despite requests made by defense counsel. As such, good cause exists to order Plaintiff's deposition because his testimony is directly relevant to the subject matter involved in this action.

Additionally, Defendant seeks sanctions against Plaintiff and his attorney, Peter K. Strojnik, for failing to cooperate in discovery without any substantial justification. This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities submitted herewith, Declaration of Gregory C. Cheng, Proposed Order thereon, all of the papers on file with this Court, and any oral argument that this Court may hear.

DATED: October 26, 2010

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Gregory C. Cheng
Aaron A. Roblan
Gregory C. Cheng
Attorneys for Defendants STATS CHIPPAC, INC. and STATS CHIPPAC, LTD.

2

Case No. 5:09-cv-03728-JW

DEFENDANT STATS CHIPPAC, INC.'S NOTICE OF MOTION TO COMPEL DEPOSITION OF PLAINTIFF DANG NGUYEN AND REQUEST FOR SANCTIONS

9320401_1.DOC

9320401.1 (OGLETREE)

9320401_1.DOC

Case No. 5:09-cv-03728-JW

3

DEFENDANT STATS CHIPPAC, INC.'S NOTICE OF MOTION TO COMPEL
DEPOSITION OF PLAINTIFF DANG NGUYEN AND REQUEST FOR SANCTIONS