THE STROJNIK FIRM LLC
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
strojnik@skplaw.com
Attorney for Plaintiff Dang Nguyen

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| DANG QUANG NGUYEN, a single man, | NO. 5:09-cv-03728-JW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFF** |
| vs. | |
| STATS CHIPPAC, INC., a Delaware Corporation, | **EXPEDITED RULING REQUESTED** |
| | Hearing Date: February 7, 2011 |
| Defendants. | Hearting Time: 9:00 a.m. |

NOTICE IS HEREBY GIVEN that Counsel of record for Plaintiff Dang Quang Nguyen shall move this Court for an order permitting his withdrawal as counsel of record for Plaintiff pursuant to LRCiv. 11-5 on February 7, 2011 at 9:00 a.m. in the Honorable Judge Ware's courtroom in the San Jose Division of the Northern District of California. NOTICE IS FURTHER GIVEN that Counsel respectfully seeks expedited ruling on this Motion.

## MOTION

Peter Kristofer Strojnik, counsel of record for Plaintiff, hereby moves this Court for an order permitting his withdrawal from representation of Plaintiff Dang Nguyen pursuant to LR

Civ. 11-5.  The grounds for this Motion are Counsel and Plaintiff have encountered <u>irreconcilable differences</u> in the representation.  Additionally, Counsel and Plaintiff are <u>unable to communicate effectively</u> without the continued expense of interpreters, which may inhibit the most effective presentation of Plaintiff's claims to the Court and jury.

Counsel has implored Plaintiff to retain new counsel who speaks Vietnamese and has undertaken significant efforts to find Vietnamese-speaking lawyers for him, but Plaintiff Nguyen has agreed to act pro se upon Order permitting Counsel's withdrawal.  Plaintiff Nguyen's contact information for receipt of pleadings, correspondence and other court filings is as follows:

**Dang Quang Nguyen**
**592 Chickasaw Court**
**San Jose, California 95123**
**Telephone:  408-480-0932**
**E-mail:  <u>nguyend202003@yahoo.co.in</u>**

Based on the above, Peter Kristofer Strojnik respectfully requests a Court Order allowing him to withdraw as Plaintiff's counsel in the above matter.  The undersigned attorney certifies that (a) the client has been notified in writing of the status of the case including the dates and times of any deadlines, court hearings or trial settings, pending compliance with any existing court orders, and (b) that absent Plaintiff securing new counsel, he will be representing himself pro se until he retains new counsel.  Counsel further certifies that Plaintiff has been given reasonable notice of this Motion, and all other Parties, through their counsel, have been given notice.

1  Peter Kristofer Strojnik will mail a copy of any Order the Court enters on this Motion to
2  the Plaintiff. A proposed form of Order is attached as Exhibit 1.

5  RESPECTFULLY SUBMITTED this 27th Day of October, 2010.

**THE STROJNIK FIRM L.L.C.**

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Bank of America Tower
3030 North Central Avenue
Suite 1401
Phoenix, Arizona 85012
Attorney for Plaintiff Dang Nguyen

Counsel certifies that a copy of this Motion
Has been sent via e-mail and U.S. Mail to
The Plaintiff Dang Nguyen at the following address:

Dang Quang Nguyen
592 Chickasaw Court
San Jose, California 95123

/s/ Peter Kristofer Strojnik