AARON ROBLAN, State Bar No. 244308
aaron.roblan@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendants
STATS CHIPPAC, INC. AND STATS CHIPPAC, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DANG QUANG NGUYEN, a married man,<br><br>  Plaintiff,<br><br>  v.<br><br>STATS CHIPPAC INC., a Delaware Corporation; STATS CHIPPAC, LTD., a Singaporean corporation,<br><br>  Defendants.<br><br>STATS CHIPPAC, INC., a Delaware corporation,<br><br>  Counter-Complainant,<br><br>  v.<br><br>DANG QUANG NGUYEN, an individual; and DOES 1 through 25, inclusive,<br><br>  Counter-Defendants. | Case No. 5:09-cv-03728-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)** |

///

///

///

///

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between the Parties to this action through their |
| 2 | designated counsel that the above-referenced action (*e.g.*, both the Complaint and Counter- |
| 3 | Complaint) be and hereby are dismissed, with prejudice, pursuant to FRCP Section 41(a)(1). The |
| 4 | Parties are to bear their own costs and attorney's fees. |

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: December 3, 2010         DANG QUANG NGUYEN


By:      /s/ Dang Q. Nguyen
             Dang Q. Nguyen


DATED: December 3, 2010         THE STROJNIK LAW FIRM LLC


By:      /s/ Peter K. Strojnik
             Peter K. Strojnik
         Attorneys for Plaintiff[1]
         DANG QUANG NGUYEN


DATED: December 3, 2010         OGLETREE, DEAKINS, NASH, SMOAK &
                                STEWART, P.C.


By:      /s/ Gregory C. Cheng
             Gregory C. Cheng
         Attorneys for Defendants
         STATS CHIPPAC, INC. AND STATS
         CHIPPAC, LTD.

---

[1] By Order of this Court on November 2, 2010, this Court granted Mr. Strojnik's motion for withdraw as counsel of record. However, the Court ordered that Mr. Strojnik remain as the conditional attorney of record for 30 days until Plaintiff files either a notice of self-representation or the substitution of another attorney. With Mr. Strojnik's facilitation, the parties have settled this action

# ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** the above-referenced action (both the Complaint and Counter-Complaint) be and hereby are dismissed, with prejudice, pursuant to FRCP Section 41(a)(1). The Parties are to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: _____  _____
United States District Court Judge