1  AARON ROBLAN, State Bar No. 244308
   aaron.roblan@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:     (415) 442-4810
   Facsimile:      (415) 442-4870
6
   Attorneys for Defendants
7  STATS CHIPPAC, INC. AND STATS CHIPPAC, LTD.

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11  DANG QUANG NGUYEN, a married man,        Case No. 5:09-cv-03728-JW

12                    Plaintiff,             **STIPULATION AND [PROPOSED]
                                             ORDER RE DISMISSAL WITH**
13        v.                                 **PREJUDICE PURSUANT TO FRCP 41(A)**

14  STATS CHIPPAC INC., a Delaware
    Corporation; STATS CHIPPAC, LTD., a
15  Singaporean corporation,

16                    Defendants.

17

18  STATS CHIPPAC, INC., a Delaware
    corporation,
19
20                    Counter-Complainant,

21        v.

22  DANG QUANG NGUYEN, an individual; and
    DOES 1 through 25, inclusive,
23
24                    Counter-Defendants.

25  ///

26  ///

27  ///

28  ///

1      **IT IS HEREBY STIPULATED** by and between the Parties to this action through their

2   designated counsel that the above-referenced action (*e.g.*, both the Complaint and Counter-

3   Complaint) be and hereby are dismissed, with prejudice, pursuant to FRCP Section 41(a)(1).  The

4   Parties are to bear their own costs and attorney's fees.

5          **IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

6

7   DATED:  December 3, 2010          DANG QUANG NGUYEN

8

9                                     By: _____/s/ Dang Q. Nguyen_____

10                                              Dang Q. Nguyen

11  DATED:  December 3, 2010          THE STROJNIK LAW FIRM LLC

12

13

14                                    By: _____/s/ Peter K. Strojnik_____
                                               Peter K. Strojnik
15                                    Attorneys for Plaintiff[1]
                                      DANG QUANG NGUYEN
16

17  DATED:  December 3, 2010          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
18

19

20                                    By: _____/s/ Gregory C. Cheng_____
                                               Gregory C. Cheng
21                                    Attorneys for Defendants
                                      STATS CHIPPAC, INC. AND STATS
22                                    CHIPPAC, LTD.

23

24

25

26
    _____
27  [1] By Order of this Court on November 2, 2010, this Court granted Mr. Strojnik's motion for
    withdraw as counsel of record.  However, the Court ordered that Mr. Strojnik remain as the
28  conditional attorney of record for 30 days until Plaintiff files either a notice of self-representation
    or the substitution of another attorney.  With Mr. Strojnik's facilitation, the parties have settled this
    action

1

**ORDER**

2    **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** the above-

3   referenced action (both the Complaint and Counter-Complaint) be and hereby are dismissed, with

4   prejudice, pursuant to FRCP Section 41(a)(1).  The Parties are to bear their own costs and

5   attorney's fees.

6    **IT IS SO ORDERED.**   The Clerk shall close this file.

7

8   DATED: ___December 8, 2010___          _____

9                                            United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28